### COOK v. STATE. (2 Div. 283.)

(Court of Appeals of Alabama. May 20, 1924.)

Criminal law ⊚⇒982—Judgment in prosecution for misdemeanor held insufficient.

Judgment reciting impaneling of jury and verdict of guilty, and containing court's adjudication that defendant was guilty of presenting pistol as charged in the indictment, which provided no sentence, but recited the taking of an appeal and the suspension of sentence pending same, held insufficient, under Code 1907, § 6244; judgment being suspended on compliance with either section 6250 or section 6251.

Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge.

T. E. Cook was convicted of unlawfully presenting a firearm, and appeals. Judgment affirmed; remanded for proper sentence.

The judgment entry recites:

"Thereupon came a jury of twelve good and lawful men, who, having been elected, impaneled, and duly sworn according to law on their oaths, say they find the defendant guilty as charged by the indictment, and fix his fine at $10.

"It is therefore considered and adjudged by the court that the defendant is guilty of presenting a pistol, as charged in the indictment.

"The defendant in this case having reserved certain questions of law for the consideration of the Court of Appeals of Alabama, and having prayed for and obtained an appeal to said court, it is ordered by the court that the sentence in this case be suspended pending such appeal, and defendant's bond is fixed at $100."

Craig & Brown, of Selma, for appellant.

No brief reached the Reporter.

Harwell G. Davis, Atty. Gen., for the State.

No brief reached the Reporter.

SAMFORD, J. There are no exceptions of merit presented by the bill of exceptions, and, no errors of a prejudicial nature appearing in the record, the judgment of conviction is affirmed.

The judgment in this case is incomplete. In cases of misdemeanor a complete judg-ment must be rendered, and, when an appeal is taken under section 6244 of the Code of 1907, such judgment is suspended upon a compliance with either sections 6250 or 6251 of the Code, as the case may be.

Let the judgment of conviction be affirmed, and the cause be remanded for proper sentence.

Affirmed in part, and remanded.